# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CRYSTAL JOHNSON,

    Plaintiff,

v.                                      Case No. 3:21-cv-576-BJD-PDB

ECONOMY MOTORS, INC., a
Florida Profit Corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL[1]

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. No. 10; Stipulation) filed on September 14, 2021. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

---

[1] The Court will not routinely retain jurisdiction to enforce the terms of a private settlement agreement. This is especially true when the Court has not been provided with the copy of the settlement agreement nor been made aware of its terms.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 16th day of September, 2021.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record